IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| | : | CRIMINAL ACTION NO. |
| | : | 1:12-cr-0052-AT |
| v. | : | |
| | : | |
| HANS GYLLSTROM, | : | CIVIL ACTION NO. |
| | : | 1:16-cv-1084-AT |
| | : | |

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation recommending that Defendant's motion to vacate his sentence under 28 U.S.C. § 2255 be denied [Doc. 12]. The Defendant has filed objections to the Report and Recommendation [Doc. 14].

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected portion on a "clearly erroneous" standard.   The Defendant objected on several grounds to the Magistrate Judge's Report and Recommendation.  Accordingly, the Court has reviewed the record in this case on a de novo basis

After an independent de novo review of the record, the Court finds that the Report and Recommendation is correct and that the Defendant's objections lack merit. Accordingly, the Court **OVERRULES** Defendant's objections [Doc. 14], **ADOPTS** the Magistrate Judge's R&R [Doc. 12], and **DENIES** Defendant's Motion [Doc. 11].

**IT IS SO ORDERED** this 24th day of May, 2016.

Amy Totenberg
**United States District Judge**

2